**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JAMES ELVIS LOVETT,

       Plaintiff,

vs.                                                    CASE NO. 6:10-CV-1869-ORL-19DAB

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____

ORDER

This case was considered by the Court on Report and Recommendation of the United States Magistrate Judge (Doc. No. 17, filed January 11, 2012). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 17) is **ADOPTED and AFFIRMED.** The decision of the Commissioner is **AFFIRMED** pursuant to sentence four of 42 U.S.C. §405(g). The Clerk of Court is directed to enter judgment consistent with the United States Magistrate's Report and Recommendation, and thereafter **CLOSE THIS FILE**.

**DONE AND ORDERED** at Orlando, Florida, this __30__ day of January, 2012.

*[signature]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record